UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

  Plaintiff,

                 CASE NO: 2:22-cv-01292-JHE

vs.

LA CAZUELA MEXICAN CUISINE, LLC;
TUYET STERREY, an individual,

  Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

  Comes now Plaintiff, Melissa Fendley, by and through undersigned counsel, and advises the Court that the parties have reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. The parties anticipated filing a joint stipulation of dismissal with prejudice with the Court within the next 30 days, upon consummation of the settlement agreement.

  Dated this 19th day of December, 2022

                Respectfully submitted,

                By: */s/ Edward I. Zwilling*
                   Edward I. Zwilling, Esq.
                   AL Bar No.: ASB-1564-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC

1

4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.

    *s/ Edward I. Zwilling*
    **OF COUNSEL**