UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.

CASE NO: 2;22-CV-01292-JHE

LA CAZUELA MEXICAN CUISINE, LLC;
TUYET STERREY, an individual,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL

---

COME NOW Plaintiff, **Melissa Fendley**, and Defendants, **La Cazuela Mexican Cuisine, LLC**, and **Tuyet Sterrey,** by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 13th day of January, 2023.

Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

Carl E. Chamblee, Jr, Esq.
Attorney for Defendant, La Cazuela
Mexican Cuisine, LLC,
111 Watterson Parkway
Trussville, AL 35173
(205) 856-9111
cchambleejr@alabamalawyer.org

Mac B. Greaves (by EIZ w/ Permission)
Mac B. Greaves, Esq.
Attorney for Defendant, Tuyet Sterrey
420 20th Street North, Suite 1100
Birmingham, AL 35203
(205) 244-5262
mgreaves@joneswalker.com